UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Doe YZ,

        Plaintiff,

v.

Shattuck-St. Mary's School,

        Defendant.

Doe XY,

        Plaintiff,

v.

Shattuck-St. Mary's School,

        Defendant.

Doe AB,

        Plaintiff,

v.

Shattuck-St. Mary's School,

        Defendant.

Case Number:  15cv1151 (ADM/SER)

**MOTION**

Case Number:  15cv1154 (ADM/SER)

Case Number:  15cv1155 (ADM/SER)

---

Plaintiffs, through their undersigned attorneys, hereby move the Court for an order allowing them to proceed under pseudonyms.  This motion is based upon all the records, files and proceedings, the legal memoranda, affidavits and exhibits that will be filed in connection with the motion, and upon oral argument to be conducted on July 13, 2015.

Dated: May 14, 2015.                    JEFF ANDERSON & ASSOCIATES, P.A.


                                        s/Sarah G. Odegaard
                                        By: Jeffrey R. Anderson, #2057
                                        Sarah G. Odegaard, #0390760
                                        Trusha Patel Goffe, #0391708
                                        Attorneys for Plaintiffs
                                        366 Jackson Street, Suite 100
                                        St. Paul, MN 55101
                                        (651) 227-9990
                                        Fax:  (651) 297-6543