**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Doe YZ, | Case Number: 15cv1151 (ADM/SER) |
| Plaintiff, | **ORDER REGARDING** |
| v. | **PLAINTIFFS' USE** |
| | **OF PSEUDONYMS** |
| Shattuck-St. Mary's School, | |
| Defendant. | |
| Doe XY, | Case Number: 15cv1154 (ADM/SER) |
| Plaintiff, | |
| v. | |
| Shattuck-St. Mary's School, | |
| Defendant. | |
| Doe AB, | Case Number: 15cv1155 (ADM/SER) |
| Plaintiff, | |
| v. | |
| Shattuck-St. Mary's School, | |
| Defendant. | |

_____

This matter came on for hearing before the undersigned on July 13, 2015, on Plaintiffs' Motion to Proceed Using Pseudonyms and the Court's Order to Show Cause. For the reasons stated fully on the record, the Court granted the Plaintiffs' Motion and discharged the Order to Show Cause. (Minute Entry Dated July 13, 2015). Per the Court's instructions, the parties provided a revised proposed order to the Court. *See* (Letter to Mag. Judge Dated July 21, 2015); *see also* (Joint Stipulation Regarding Pseudonym & Disclosure Dated June 16, 2015). The

purpose of this Order is to memorialize the Court's ruling for the convenience of the parties and the clarity of the docket.

Based upon all the arguments of counsel and all the records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Proceed Using Pseudonyms is **GRANTED**. This Order applies to the following case numbers and docket numbers:

    15cv1151 – Doc. No. 23
    15cv1154 – Doc. No. 20
    15cv1155 – Doc. No. 23

2. The Court's Order to Show Cause is hereby **DISCHARGED**. This Order applies to the following case numbers and docket numbers:

    15cv1151 – Doc. No. 27
    15cv1154 – Doc. No. 24
    15cv1155 – Doc. No. 27

3. The Plaintiffs may proceed in these lawsuits under a pseudonym.

4. As part of their investigation into the claims and defenses in this matter, the parties have a right to disclose Plaintiffs' true identities. As of the date of this Order, each external person not previously contacted in connection with the investigation of these claims, shall execute a written assurance in the form attached as Exhibit A.

Dated: July 23, 2015

                                           *s/Steven E. Rau*
                                           Steven E. Rau
                                           United States Magistrate Judge

## EXHIBIT A – WRITTEN ASSURANCE

_____ declares that:

I reside at _____ in the City of _____ County of _____, State of _____. My telephone number is _____.

I understand that I am being contacted in connection with a lawsuit by former student(s) against Shattuck-St. Mary's School. The former student(s) is proceeding under a 'Doe' pseudonym for privacy reasons. As part of the investigation of the claims in this lawsuit, the identity of the former student(s) will be disclosed to me.

I agree to comply with the parties' request that the identity of the former student(s) not be disclosed and I will not divulge the identity of the former student.

Executed on _____ by _____
                  (Date)                           (Signature)